UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| DAVID A. FEINERMAN | : | Misc. 08-59 (FSH) |
| An Attorney-at-Law | : | O R D E R |

It appearing that by Order to Show Cause the respondent, DAVID A. FEINERMAN, was ordered to show cause before this court on Monday, May 19, 2008 why he should not be disbarred and permanently restrained and enjoined from the practice of law before this Court until further order of this Court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by or on behalf of the respondent;

It is on this 27th day of MAY, 2008,

ORDERED that DAVID A. FEINERMAN be and he hereby is disbarred and permanently restrained and enjoined from the practice of law before this Court until further order of this Court.

GARRETT E. BROWN, JR.
CHIEF JUDGE